

# '17 - CV - 02163

Complaint Holly Markley and Jacob Markley.

- Standard of Practice 1-5

REALTORS® may represent the seller/landlord and buyer/tenant in the same transaction only after full disclosure to and with informed consent of both parties. *(Adopted 1/93)*

*This does not refer to tenant only I was not the buyer/tenant. Tenant only.*

- Standard of Practice 1-6

REALTORS® shall submit offers and counter-offers objectively and as quickly as possible. *(Adopted 1/93, Amended 1/95)*

*I attempted to put an offer on the condo on April 17 2017 and was prequalified and the broker did not submit my offer to his sister Holly Markley the landlord.*

*After the property was listed the broker Jacob Markley sent a text stating that if I was still interested in putting in an offer to let him know. I responded via phone that I wanted to place an offer but he never responded to my request. I also was not given proper notice that they were selling the property.*

**REALTORS® remain bound by the obligations of the Code of Ethics even when dealing among themselves as principals.**

**As a property manager, you must competently manage the property with regard for the rights, safety, and health of those lawfully on the premises.**

*On April 21st –April 22, 2017 I was out of town for work and the broker Jacob Markley notified me by text that he would be showing the property he told me that they would need my approval however the centralized showings were calling me every two minutes and I had to work and could not always answer the calls to schedule showings or approve them. I had told them that that weekend was a bad time to list the house since I was out of town. I was bullied into showing it and the actual landlord Holly Markely-Van heel harassed me via phone and text messages as well as her brother Jacob Markely. I just wanted to come home and enjoy my quiet time after a business trip and they begged me to stay in California and they insisted on having 30 showings on two days.*

- I was not given reasonable time per my lease for showings, appraisal and the photographer ~~the property~~. Coming IN to my property
- I work out of my home and this hindered my lively hood and items were moved misplaced and went missing from my home during showings
- Methods of intimidation harassing phone calls by landlord and broker and emails
- Use of bribing with money, staying in a hotel while I was out on business.
- Forcefulness of making me show the property
- Constant harassment of texts and phone calls by landlord and broker. Causing major stress
- They did not protect my rights as a tenant but only had intentions of their best interest in getting the property sold regardless of the tenants well being.

*I had no problem showing the property at reasonable times and cooperated with the landlord and property manager until it became to much and violated my rights as a tenant to quiet enjoyment of the property and loss of use.*

*I feel that not only the landlord and her legal representative Jacob Makrley who also was the selling agent (Broker) created an hardship for me and my young son to find a place prior to my lease ending and loss of use of my rented property by harassing me to show the property 30 times in two days as well as scheduled and rescheduled inspection and appraisal appointments. I work out of my home and this created undue stress and caused me to have a stroke on May 3, 2017 I moved ten days after my stroke during this time I was continually*

*harassed by the landlord and the realtor. I lost my job due to the stroke and will have a hard time finding employment.*

*I am seeking punitive damages in the amount of $285,000.00 this is ~~a year~~ 2 years's salary including Medical compensation due to me losing my healthcare along with my employment.*

Mr Markley violated several code of ethics per the NAR National Association of Realtors

Teresa Salinas
17573 Pine LN 2212
Parker CO 80134

Gmail - Updated Lease    https://mail.google.com/mail/u/0/?ui=2&ik=66abcd7f17&jsver=6H9snhMqLA8.en.&view...

# M Gmail

## Updated Lease

**Holly Van Heel <hmvanheel@gmail.com>**     Wed, May 10, 2017 at 2:57 PM
To: Teresa Rendon <77luckt@gmail.com>

Hi Teresa,
Thank you for taking the time to explain all of that to me. It sounds like there may have been some interaction between you and my brother that I was unaware of. I'm assuming there was some unintentional miscommunication because my brother is always extremely profession and respectful, so I feel terrible that you feel you have been treated otherwise. My goal was to never cause you any frustration or inconvenience during this transition so I apologize that this has not been the case.

I'm concerned that you have not found the missing items. Is it even remotely possible that they are tucked away in luggage? You travel so much... maybe they got zipped away in a pocket you don't normally use? I wish I was there so I could help you look. :(

For move out, that plan sounds good. I know Jacob was going to reach out to you to arrange a time to meet and do a final walk through with you. He assured me he is very flexible on that time, so whatever works best for you. Once that is done I will be in touch to confirm where to send your deposit money.

If there is anything that comes up please don't hesitate to reach out to me.

Thank you,
Holly
[Quoted text hidden]

**Teresa Rendon <77luckt@gmail.com>**

# M Gmail

Teresa Rendon <77luckt@gmail.com>

## Updated Lease

**Holly Van Heel** <hmvanheel@gmail.com>  Wed, Feb 15, 2017 at 1:39 PM
To: Teresa <77luckt@gmail.com>

Hi Teresa,
Here is the revised lease that shows the correct end date. I've signed it, if you could sign it as well and send my way that would be appreciated.

While we are on the topic of leases.... are you wanting to sign a new lease?

Thanks,
Holly

📎 **[Untitled].pdf**
1784K

Gmail - Updated Lease   https://mail.google.com/mail/u/0/?ui=2&ik=66abcd7f17&jsver=6H9snhMqLA8.en.&view...

# Gmail

Teresa Rendon <77luckt@gmail.com>

## Updated Lease

**Teresa Rendon** <77luckt@gmail.com>　　　　　　　　　　　　Wed, Feb 15, 2017 at 1:49 PM
To: Holly Van Heel <hmvanheel@gmail.com>

Holly,

I have considered it. How much will the rent be and will it have to be 3 years?

Teresa
[Quoted text hidden]

Gmail - Updated Lease    https://mail.google.com/mail/u/0/?ui=2&ik=66abcd7f17&jsver=6H9snhMqLA8.en.&view...

# M Gmail

## Updated Lease

**Teresa Rendon <77luckt@gmail.com>**    Wed, May 10, 2017 at 6:09 AM
To: Holly Van Heel <hmvanheel@gmail.com>

Congratulations:) Ok. I will do that and send it today.

I just want you to know where I'm coming from on my end of this lease.  I'm not trying to make this difficult for you. I feel your brother does not respect the contract you and I have called the Lease he sees it as your property and it is but right now I'm the tenant with rights because of the lease.  Your brother has continually acted unprofessional by coming in and moving items without me knowing and I'm missing items that are valuable and  many schedule Conflicts with the photographer

He did not give me proper notice to show the property he just texted me and said the flyers are approved and the condo is listed we are showing it today and really bullied me into showing it that same day. I was out of town on business and I did not have time to lock up my work documents which are highly confidential and I can't find my password book that has information in it that now I need to file a breach of contract with my client and I am going to lose my livelihood because of it. I have not filed because I'm hoping I'll find it during the move but I have yet to find it.  I know you needed to sell and so I went with it because you have been such a good landlord but then it started to get out of control and the showings were becoming unreasonable his goal and your goal was 30 showing in the weekend and at all hours this did not allow my quiet time and enjoyment of the property as stated in the lease. I do not like anyone here without me because my items are still missing and your brother feels like he can just touch my belongings to suit his needs and that is just not ok.

My goal is to get out by Sat and clean the condo and give you your keys as soon as that is done not later than the 15th.  Yesterday I rescheduled my site meeting for 3:30 because I thought the appraiser would have been done by then other wise I would have allowed him to come later.  If I were you I would not pay that again it was his fault for not showing up during the times he was supposed to.

I have confidence your buyer wont back out I have faith that this will work out.

I hope this sheds some light on this situation.  I have taken off the remainder of the week to meet your needs shall the appraiser want to schedule this week.

Teresa
[Quoted text hidden]

MyCenturaHealth - Visit Summary    https://epic.mycenturahealth.org/MCH/inside.asp?mode=visitsummary&dat=1

# Visit Details

<#ftinfo1=salinas, teresa="" a="" (mr="" #="" ceul0811232)="" printed="" at="" 5/21/17="" 6:14="" am="">



**Centura Health®**

**ST. ANTHONY HOSPITAL MED SURG NEURO DEPT.**
11600 W 2nd Pl
Lakewood CO 80228
720-321-0000

Name: Teresa A. Salinas | DOB: 8/12/1970 | MRN: CEUL0811232 | PCP: Rachelle R Webster, PA

## Teresa A Salinas

### Thank you

We want to thank you for choosing us to serve your emergent healthcare needs.

Treatment given in the Emergency Department is offered as emergency care only. Follow-up treatment by your physician or the referral physician/clinic is important for your safety, and continuity of care. Because it is impossible to diagnose and treat all conditions in a single emergency visit it's crucial that you follow up with your provider.

Take your copy of aftercare instructions and any lab results you have with you to see the provider. It is important that you report any new or worsening symptoms to him or her right away.

If you prefer to call Centura Connect Virtual Resource Center:
- CenturaConnect NurseLine: 888-808-8828 to reach a CenturaConnect nurse and nurse triage services.
- CenturaConnect Find a Provider: 888-776-0414 for service and provider referrals provided by CenturaConnect.

If you are unable to see a private provider and your symptoms continue or worsen seek medical care a local clinic or hospital Emergency Department. The Emergency Department is open 24 hours a day.

If you had x-rays taken, they were interpreted to determine the need for emergency treatment. The x-rays are again read by the radiologist and if further treatment is necessary, the Emergency Department will attempt to notify you.

"ICE" stands for In Case of Emergency and it is a simple way for you to list your emergency contact in your mobile phone under the

heading ICE. Approximately 80% of Americans carry mobile phones, and it is often the first place that emergency workers or hospital personnel look for a patient's emergency contact. Please take time to put an ICE listing in your mobile phone.

You have been given a list of your reported medications and any new prescriptions written for today's visit. Be sure to follow up with your provider if you have any questions regarding your medications.

Suicide hot line  1-800-273-TALK (8255)  Or  1-800-SUICIDE (784-2433) in Colorado.

## Discharge Instructions from Your Provider

### Discharge Instructions
None

The information in this after visit summary is up to date as of 6:14 AM on 5/21/2017.

### Medication List

As of 5/4/2017  5:22 PM

**START taking these medications**
**SUMAtriptan 50 MG tablet**
Commonly known as:IMITREX
Take 1 tablet (50 mg total) by mouth once as needed for migraine. May repeat in 2 hours if unresolved. Do not exceed 200 mg in 24 hours
Dose:50 mg

**STOP taking these medications**
**oxyCODONE-acetaminophen 5-325 mg per tablet**
Commonly known as:PERCOCET

### Where to Get Your Medications
These medications were sent to KING SOOPER #620126 - Parker, CO - 17761 Cottonwood Dr

Phone:303-334-9548

SUMAtriptan 50 MG tablet                                17761 Cottonwood Dr, Parker CO 80134

When taking narcotics or muscle relaxants, do NOT drink alcohol, drive a car, or do anything that could hurt you.  You may become very drowsy.  Wait at least 8 hours after the last dose before doing these activities.

Always take antibiotics until all pills are gone.

If you are taking any medicines and develop a rash or hives or trouble breathing or swallowing, stop the medicine and see your doctor or go to the emergency room immediately.

### Home Medications
Continue taking all home medications as prescribed by your primary care provider UNLESS the ED practitioner or provider has directed you otherwise.

## Follow-Up

### Contact Information for Follow-ups

**Rachelle R Webster, PA**
Specialty:Medicine
Relationship:PCP - General
Next Steps:Follow up in 1 week(s)

7030 S Yosemite St
Centennial CO 80112
Phone:303-721-9984

**CHPG Neuroscience and Spine - SAH**
Specialty:Neurology

11750 W 2nd Pl
Medical Plaza A Ste 255
Lakewood CO 802281575
Phone:720-321-8040

Next Steps:Follow up in 1 month(s)
Instructions:if HA persist

### Disclaimer

You may have been referred to a physician that is not in network for your health plan. We recommend that you check with your health plan before going to the appointment, and go either to our referral or another doctor of the same specialty that is in network for your plan. If you choose a non-network physician, you may incur charges that are your responsibility.

### Stop Smoking

**DO NOT SMOKE OR USE TOBACCO PRODUCTS**

Avoid tobacco products including second hand smoke. For smoking cessation information contact Colorado Quit at 800-784-8669 or visit www.quitnet.com

## Other Info from Your Visit

### Diagnoses

| | Codes | Comments |
|---|---|---|
| Headache, unspecified headache type - Primary | ICD-9-CM: 784.0 | |
| | ICD-10-CM: R51 | |
| Dural venous sinus thrombosis | ICD-9-CM: 325 | |
| | ICD-10-CM: G08 | |

### Providers You Were Seen By
1. Michael Louis Ruygrok, MD
2. William Peter Veilman, MD
3. Carmen Cojanu, MD
4. Joseph Scott Turner, MD

### Your Allergies
No active allergies

### Your Vital Signs Were

| BP | Pulse | Temp | Resp | Height | Weight |
|---|---|---|---|---|---|
| 103/62 | 89 | 36.6 °C (97.8 °F) (Temporal scan) | 18 | 167.6 cm (5' 6") | 64.4 kg (142 lb) |

| SpO2 | BMI |
|---|---|
| 94% | 22.92 kg/m2 |

Date Reviewed:**5/4/2017**

## Procedures and Tests Performed During Your Visit

| Procedure/Test | Number of Times Performed |
|---|---|
| Basic Metabolic Panel | 1 |
| Bed Request - ED | 1 |
| CBC no Differential | 1 |
| CSF CELL DIFFERENTIAL | 1 |
| CSF Cell Count | 2 |
| CTA Chest for Pulmonary Embolism | 1 |
| Cell Count with Differential CSF | 2 |
| Comprehensive Metabolic Panel | 1 |
| Culture CSF with Gram Stain | 1 |
| D-dimer | 1 |
| Drug screen Urine with Alcohol | 1 |
| EKG rhythm strip | 1 |
| Glucose CSF | 1 |
| HEPATITIS A ANTIBODY, IGM - PERFORMABLE | 1 |
| HEPATITIS B CORE ANTIBODY, IGM - PERFORMABLE | 1 |
| HEPATITIS B SURFACE ANTIGEN - PERFORMABLE | 1 |
| HEPATITIS C ANTIBODY - PERFORMABLE FOR PANEL | 1 |
| Hepatic Function Panel | 1 |
| Hepatitis Acute Panel | 1 |
| Lactate Venous | 1 |
| MR Brain without Contrast | 1 |
| MRV Brain with and without Contrast | 1 |
| Magnesium Serum | 1 |
| Neurology Consult | 1 |
| POC Glucometer | 1 |
| POC Lactate | 1 |
| PT Eval and Treat | 1 |
| PT INR Prothrombin Time | 1 |
| Place in Observation | 1 |
| Protein CSF | 1 |
| Troponin I | 1 |
| US Abdomen Complete | 1 |
| US Leg Duplex Venous Bilateral | 1 |

## MyChart Signup Information

Our records indicate that you have an active MyCenturaHealth account.

You can view your After Visit Summary by going to http://www.MyCenturaHealth.org and logging in with your MyCenturaHealth username and password. If you don't have a MyCenturaHealth username and password but a parent or guardian has access to your record, the parent or guardian should login with their own MyCenturaHealth username and password and access your record to view the After Visit Summary.

If you have questions, you can e-mail MyCenturaHealth@Centura.org or call 866-414-1562 to talk to our MyCenturaHealth staff. Remember, MyCenturaHealth is NOT to be used for urgent needs. For medical emergencies, dial **911**.

**More Information**