IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-02163-LTB

TERESA SALINAS,

    Plaintiff,

v.

HOLLY MARKLEY-VAN HEEL, and
JACOB MARKLEY,

    Defendants.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on November 7, 2017, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 7 day of November, 2017.

    FOR THE COURT,

    JEFFREY P. COLWELL, Clerk

    By: s/ A. Garcia Garcia
        Deputy Clerk